1

2                                                              JS-6

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   PRL USA HOLDINGS, INC., a          ) CASE NO. 2:20-cv-01670-AB-RAO
     Delaware Corporation,              )
12                                      ) [PROPOSED] JUDGMENT
                        Plaintiffs,     ) ENTERING PERMANET
13                                      ) INJUNCTION, AND AWARDING
             v.                         ) STAUTORY DAMAGES AND
14                                      ) PREJUDGMENT INTEREST
     DESIGNERBRANDSFORLESS, INC.,       ) AGAINST DEFENDANT
15   a California Corporation; and DOES 1- ) DESIGNERBRANDSFORLESS, INC.
     10, inclusive,                     )
16                                      )
                        Defendants.     )        Hon. André Birotte Jr.
17                                      )
                                        )
18                                      )
                                        )
19   ─────────────────────────────────── )

20       On September 8, 2020, Plaintiff PRL USA Holdings, Inc. ("Plaintiff" or "PRL")

21   filed a motion for default judgment against Defendant Designerbrandsforless, Inc.

22   ("Defendant" or "DBFL"), ECF No. 24.  On October 29, 2020, the Court granted

23   PRL's motion for default judgment. ECF No. 29.  Accordingly, it is hereby

24   **ORDERED, ADJUDGED** and **DECREED** as follows:

25

26       1.       Judgment is entered against Defendant Designerbrandsforless, Inc. as to

     Counts 1-4 of Plaintiff's Complaint;
27
         2.       The Court awards Plaintiff $410,783.56 (consisting of statutory damages
28

in the amount of $400,000.00 and $10,783.56 in prejudgment interest) against Designerbrandsforless, Inc.

3.     Defendant, its officers, agents, servants and employees and any persons in active concert or participation with them are permanently restrained and enjoined from infringing upon Plaintiff's federally registered trademarks, including but not limited the marks identified in **Exhibit A** attached hereto (the "RALPH LAUREN Trademarks"), either directly or contributorily in any manner, including:

(a)     Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, and/or selling products which bear the Plaintiff's RALPH LAUREN Trademarks, or any marks/designs identical, substantially similar, and/or confusingly similar thereto;

(b)     Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing, or disposing of in any manner items falsely bearing the RALPH LAUREN Trademarks, or any reproduction, counterfeit, copy or colorable imitation thereof;

(c)     Using the Plaintiff's RALPH LAUREN Trademarks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;

(d)     Passing off, inducing or enabling others to sell or pass off any product or other items that are not Plaintiff's genuine merchandise as genuine Plaintiff's merchandise;

(e)     Committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant is licensed, authorized, offered, produced, or sponsored by, or are in any other way associated with Plaintiff;

(f)     Assisting, aiding, or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) to (e) above.

4.     The Court shall have continuing jurisdiction to enforce the provisions of the permanent injunction entered herein.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED:     November 13, 2020     By:   _____

Hon. André Birotte Jr.
**United States District Judge**

PLAINTIFF'S [PROPOSED] JUDGMENT

# EXHIBIT A

| U.S. Reg. Number | Trademark | Goods and Services |
|---|---|---|
| 1,447,282 | RALPH LAUREN | For: frames for prescription and non-prescription lenses and complete sunglasses in class 009. |
| 1,469,151 | RALPH LAUREN | For: men's, women's, and children's dress and athletic shoes in class 025. |
| 1,624,989 | RALPH LAUREN | For: clothing - namely, suits, slacks, trousers, shorts, wind resistant jackets, jackets, blazers, dress shirts, knit shirts, sweatshirts, sweaters, hats, belts, socks, blouses, skirts, coats and dresses in class 025. |
| 1,835,393 | RALPH LAUREN | For: jewelry in class 014. |
| 1,976,324 | RALPH LAUREN | For: clutches, shoulder bags, cosmetic bags, tote bags, saddle bags, backpacks, gym bags, duffle bags, travel bags, circular |
| 1,972,538 | RALPH LAUREN | For: jewelry in class 014. |
| 2,207,011 | RALPH LAUREN | For: intimate wear, namely, hosiery in class 025. |
| 3,521,190 | RALPH LAUREN | For: on-line retail store services featuring men's, women's and children's clothing, footwear, headgear, eyewear, handbags, backpacks, travel bags, wallets, athletic bags, jewelry, watches, sporting goods and accessories, fragrance, body lotions, home furnishing in the nature of bedsheets, duvet covers, comforters, blankets, pillows, towels, table cloths, dinnerware, picture frames in class |

| U.S. Reg. Number | Trademark | Goods and Services |
|---|---|---|
| | | 035. |
| 3,764,868 | RALPH LAUREN | For: horological and chronometric instruments, namely, mechanical and automatic watches, wrist watches, diving watches, stop watches, pocket watches, watch fobs, jewelry watches; horological and chronometric fittings, namely, parts, faces, movements, casings, crowns, bands, straps, pouches, boxes, clasps, winders, winding buttons, dials, chains, cases, straps made of metal, leather and plastic in class 014. |
| 5,400,546 | RALPH LAUREN | For: cuff-links in class 014; silver money clips in class 016. |
| 1,363,459 | POLO | For: clothing-namely, suits, slacks, trousers, shorts, wind resistant jackets, jackets, blazers, dress shirts, sweatshirts, sweaters, hats, belts, socks, blouses, skirts, coats, and dresses in class 025. |
| 1,446,173 | POLO | For: frames for prescription and non-prescription lenses and complete sunglasses in class 009. |
| 1,468,420 | POLO | For: men's, women's, children's and athletic shoes in class 025. |
| 3,684,457 | POLO | For: metal belt buckles not of precious metal in class 026. |

| U.S. Reg. Number | Trademark | Goods and Services |
|---|---|---|
| 5,512,126 | POLO | For: clutches, shoulder bags, cosmetic bags sold empty, tote bags, saddle bags, backpacks, gym bags, duffle bags, travel bags, roll bags, sling bags, grooming kits sold empty, suit bags, tie cases, satchels, garment bags for travel, coin purses, drawstring pouches, overnight bags, wallets and key cases in class 018. |
| 1,951,601 | POLO SPORT | For: wearing apparel, namely pants, shorts, jackets, t-shirts, sport shirts, knit shirts, sweatshirts, hats, socks and footwear in class 025. |
| 5,507,568 | POLO RALPH LAUREN | For: clutches, shoulder bags, cosmetic bags sold empty, tote bags, saddle bags, backpacks, gym bags, duffle bags, travel bags, roll bags, sling bags, grooming kits sold empty, suit bags, tie cases, satchels, garment bags for travel, coin purses, drawstring pouches, overnight bags, wallets and key cases in class 018. |
| 1,485,359 |  | For: mens', womens', childrens' and athletic shoes in class 025. |

3

| U.S. Reg. Number | Trademark | Goods and Services |
|---|---|---|
| 2,052,315 |  | For: clutches, shoulder bags, cosmetic bags sold empty, tote bags, saddle bags, backpacks, gym bags, duffle bags, travel bags, roll bags, sling bags, grooming kits sold empty, suit bags, tie cases, satchels, pole bags, garment bags for travel, coin purses, drawstring pouches, overnight bags, wallets and key cases in class 018. |
| 2,823,094 |  | For: wearing apparel, namely, sweaters and t-shirts in class 025. |
| 3,199,839 | | For: wearing apparel, namely, jackets, sweatshirts, sweat pants, hats, scarves, jerseys, jeans, turtlenecks and bikinis in class 025. |
| 3,812,741 | | For: a full line of clothing in class 025. |
| 4,254,740 |  | For: eyewear in class 009. |
| 4,558,683 |  | For: retail and on-line retail store services featuring men's, women's, and children's clothing, footwear, headwear, eyewear, leather goods, handbags, duffel bags, tote bags, luggage, briefcases, sporting goods and accessories, fragrances and personal care products, jewelry, watches, and home furnishings in |

| U.S. Reg. Number | Trademark | Goods and Services |
|---|---|---|
| | | class 035. |
| 3,179,994 | RL67 | For: wearing apparel, namely, pants, jeans, shorts, skirts, dresses, suits, shirts, t-shirts, sweatshirts, blazers, ties, sweaters, stockings, socks, jackets, coats, gloves, hats, belts, scarves, undergarments, sleepwear, loungewear, swimwear and footwear |